# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ANTONIO VELAZQUEZ,<br><br>      Petitioner,<br><br>  v.<br><br>SHAWN HATTON (Warden),<br><br>      Respondent. | NO. CV 16-2262-MWF(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 11, 2016.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE